160 A.3d 706

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. YOHAN BALCACER (A/K/A JOHAN RIBAS-BALCACER), DEFENDANT-PETITIONER.

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000264–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

160 A.3d 706

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. AIDA L. ORTIZ, DEFENDANT-PETITIONER.

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003292–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.